# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**J.R. MCFARLANE, M.C. HOLIFIELD, K.J. BRUBAKER**
Appellate Military Judges

**UNITED STATES OF AMERICA**

v.

**SIMI J. TIGILAU**
**SHIP'S SERVICEMAN SEAMAN (E-3), U.S. NAVY**

**NMCCA 201400285**
**GENERAL COURT-MARTIAL**

**Sentence Adjudged**: 15 April 2014.
**Military Judge**: CDR John A. Maksym, JAGC, USN.
**Convening Authority**: Commander, U.S. Naval Forces Japan, Yokosuka, Japan.
**Force Judge Advocate's Recommendation**: CDR T.D. Stone, JAGC, USN.
**For Appellant**: LCDR John Zelinka, JAGC, USN.
**For Appellee**: Mr. Brian Keller, Esq.

**30 September 2014**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court